IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01120-REB-MEH

NICK LYNCH,

    Plaintiff,

v.

ADAM BARRETT,
STEPHEN KENFIELD,
MICHAEL MORELOCK,
ABBEGAYLE DORN, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2011.**

    Plaintiff's Uncontested Motion to Amend Scheduling Order [filed September 30, 2011; docket #26] is **denied**. The deadlines and conference dates currently scheduled in this case were selected based upon, and to comply with, the trial preparation and trial dates set by the District Court. In addition, the order granting in part the requested stay took into consideration the scheduled trial dates. Unless such trial dates are amended, this Court may not adjust the pretrial deadlines and conference dates as scheduled.