IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01120-RBJ-MEH

NICK LYNCH,

    Plaintiff,

v.

ADAM BARRETT,
STEPHEN KENFIELD,
MICHAEL MORELOCK,
ABBEGAYLE DORN, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2011.**

    The Joint Motion for Protective Order [filed November 21, 2011; docket #33] is **granted**. The Stipulated Protected Order is accepted and issued contemporaneously with this minute order.