IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01120-RBJ-MEH

NICK LYNCH,

    Plaintiff,

v.

ADAM BARRETT,
STEPHEN KENFIELD,
MICHAEL MORELOCK,
ABBEGAYLE DORN, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2012.**

    For good cause shown, Defendants' Unopposed Motion for Leave to File Answer [filed March 22, 2012; docket #49] is **granted**. The Court will accept as filed the Answer found at docket #50.