IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera      Date: January 24, 2013
Court Reporter:     Kara Spitler

Civil Action No. 11-cv-01120-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| NICK LYNCH, | Robert Liechty |
|     Plaintiff, | |
| v. | |
| ADAM BARRETT, | Robert Hall and Wendy Shea |
| STEPHEN KENFIELD, | |
| MICHAEL MORELOCK, | |
| THE CITY AND COUNTY OF DENVER, | Wendy Shea |
|     Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**
**Court in session:**     **9:03 a.m.**

Appearances of counsel.

Discussion regarding the status of the case.

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **April 23, 2013 at 1:00 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties should exchange jury instructions and meet and confer in advance of this proceeding.**

**JURY TRIAL** is set for **May 13, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Parties to notify the Court in the event the Tenth Circuit grants the petition for a rehearing.

HEARING CONCLUDED.
**Court in recess:**     **9:08 a.m.**
Total time in court:    00:05