```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF COLORADO
```

IN THE UNITED STATES DISTRICT COURT   2013 MAY 31  PM 12: 16
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action No. 11-cv-01120-RBJ-MEH                          BY_____DEP. CLK

NICK LYNCH,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial[1], counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 3rd day of June, 2013.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

5/31/13                                     _____
Date Received                               Counsel for Defendant

---

[1] At the conclusion of trial, the parties' <u>joint</u> exhibits (one volume) were left at the Court. Counsel for Defendant appeared in person, on the date indicated above, to review and retain possession of the evidence.